**The below described is SIGNED.**

**Dated: August 17, 2013**





**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

Kevin R. Anderson (4786)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Sarah L. Olson (14006)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**NORTHERN DIVISION**

| In re:<br><br>JASON ERNEST ROWLEY<br>JENNIFER KAY ROWLEY<br><br>Debtors. | Case No. 13-24233<br>Chapter 13<br>Hon. Joel T. Marker<br>(Confirmation Hearing: *08/01/13 at 10:00 AM*) |
|---|---|

**ORDER CONTINUING CONFIRMATION HEARING**
**FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on *08/01/13 at 10:00 AM*. Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1. The hearing on confirmation is continued to August 22, 2013 at 10:00 AM. If the plan is not confirmed at the continued confirmation hearing, it shall be dismissed.

IT IS FURTHER ORDERED that, if the Court confirms the Debtors' proposed Plan at a continued confirmation hearing, the following rulings of the Court shall be incorporated by

2

reference in and reflected in the final Confirmation Order:

1. At the confirmation hearing, the Court ruled that any award of attorney's fees to counsel would be reduced by $250.00.

**END OF DOCUMENT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 7th day of August 2013. Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order. If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

AMY L. BUTTERS
ECF NOTIFICATION

_____/s/_____
Office Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

AMY L. BUTTERS
ECF NOTFICATION

JASON ERNEST ROWLEY
JENNIFER KAY ROWLEY
410 N 1300 W NO. 127
CLEARFIELD, UT 84015-0000